# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 9:21-CV-82068-DMM

Plaintiff:
**KITCHINVENTIONS, LLC, a Florida Limited Liability Company,**

vs.

Defendant:
**WALMART INC., a Delaware Corporation,**

For:
GEOFFREY LOTTENBERG, ESQ.
BERGER SINGERMAN LLP
350 EAST LAS OLAS BLVD
#1000
FT LAUDERDALE, FL 33301

Received by LEGAL PROCESS SERVICE & INVESTIGATIONS,LLC on the 16th day of November, 2021 at 11:02 pm to be served on **WALMART INC C/O CT CORPORATION SYSTEM, 1200 S PINE ISLAND ROAD, PLANTATION, FL 33324**.

I, Susan Pineiro, do hereby affirm that on the **17th day of November, 2021** at **11:15 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT WITH EXHIBITS** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **SPECIALIST AT REGISTERED AGENT** for **WALMART INC**, at the address of: **1200 S PINE ISLAND ROAD, PLANTATION, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the forgoing instrument and the facts stated in it are true. Pursuant to F.S. 92.525(2). Notary not required.

_____
Susan Pineiro
SPS#1065

**LEGAL PROCESS SERVICE & INVESTIGATIONS,LLC**
8724 SW 72 STREET #402
MIAMI, FL 33173
(305) 412-1178

Our Job Serial Number: LIM-2021003173